Name: Dustin Thomas House Darden
Mailing address: 3951 LAKEHURST CIRCLE
City, State, Zip: Anchorage AK 99502
Telephone: (907) 884-5784

RECEIVED
JUL 07 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Dustin Thomas House Darden,
(Enter full name of plaintiff in this action)

Plaintiff,

Case No. 3:23-CV-00153-SLG
(To be supplied by Court)

vs.

C.M.S. (Crowd Management service),
Jeff Nelson, Randy Scott, Dave christiansen,
Louise Maenza, Ken pierce, Chris williams
(Enter full names of defendant(s) in this action. Do NOT use et al.)

Defendant(s).

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983 (NON-PRISONERS)

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Dustin Darden,
(print your name)
who presently resides at 3951 LAKEHURST CIRCLE Anchorage AK 99502,
(mailing address)
were violated by the actions of the individual(s) named below.

Case 3:23-cv-00153-SLG   Document 1   Filed 07/07/23   Page 1 of 7

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __C.M.S. employee #1__ is a citizen of
(name)
__AK__, and is employed as a __security guard__.
(state)                                    (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __CMS employee #2__ is a citizen of
(name)
__AK__, and is employed as a __security guard__.
(state)                                    (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                    (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **Saturday, September 4th 2021** (Date), my civil right to **freedom of speech**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation)
was violated by **CMS Security guard #1 and #2**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant by name, did to violate the right alleged in Claim 1.):

CMS Security guard #1 and #2, Took my property, assulted me twisted my arm, choked me threw me on the ground, set on top of me, sexually assulted me by Male genatalia touching my back, threw clothing, put a restming device on my arm, set on my upper body Depriving my ability to Breath, Depriving my ability to produce Breath or Speech. In Discovery I have a recording of Security guard #2 Saying "she said whts taking so long".

Claim 2: On or about September 4th, 2021, my civil right to unreasnable serch and seizure
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one violation**.)
was violated by: CMS Security guard #1 and #2
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

CMS Security guard #1 and #2, took my bag out of hand, In Discovery, I have a recording of Security guard #2 saying " She said whats taking so long"

Claim 3: On or about September 4th 2021, my civil right to freedom from Cruel and unusual punishment (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by CMS Security guard #1 and #2. (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I was assulted, Robbed of My property and sustaind injory. I was Choked Sexually assulted by Male genitalia touching My back threw clothing I was deprived of My ability to speak and I could not breath I Almost Died. I suffered Abrasion Sexeal Assault Contusion and Sexeal Headache without cause My clothing was Damaged. In Discovery I have a recording of Security guard #2 saying "She said whats taking so long".

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 150,000

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to __1 year in Jail__

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __U.S. District Court in Anchorage AK__ on __Friday 7th of July 2023__
(Location) (Date)

__Destin Darden__
(Plaintiff's Original Signature)

_____ _____
Original Signature of Attorney (if any) (Date)

_____
_____
_____

Attorney's Address and Telephone Number